# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JOHN IBEME,

        Petitioner,

v.

JOHN PAQUIN, Warden,
Prairie du Chien Correctional Institution,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-449-slc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice.

*Peter Oppeneer*
Peter Oppeneer, Clerk

by Deputy Clerk

JUL 2 2 2009
Date